Lew L. Harr, Jr., as Executor of Lew L. Harr, Deceased, Respondent, *v.* Wells-Newton National Corporation, Appellant, and L. L. Harr Corporation of New York, Respondent.

(Argued October 17, 1935; decided November 19, 1935.)

*Paul W. Williams, John P. Ohl* and *Samuel A. McCain* for appellant.

*Thomas F. Compton* for plaintiff-respondent and defendant-respondent.

*Albert M. Lee* and *J. George Levy* for Henry C. Fleming et al., *amici curiæ.*

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS and LOUGHRAN, JJ. Dissenting: CRANE, Ch. J., and FINCH, J. Not sitting: CROUCH, J.